UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDY HETRICK, individually,
and CINDY HETRICK, individually,

                    Plaintiffs,

                                        Case No. 8:07-cv-871-T-33TBM
v.

IDEAL IMAGE DEVELOPMENT
CORPORATION,

                    Defendant.
_____/

## ORDER

   This cause comes before the Court pursuant to Plaintiffs'
motion in limine regarding standing (Doc. # 115), which was
filed on December 31, 2008.  Defendant filed its response in
opposition to the motion on January 2, 2009. (Doc. # 118).
For the reasons that follow, the motion is denied.

   Plaintiffs seek an order "prohibit[ing] Defendant and its
counsel from referring to any issues related to the standing
of the Plaintiffs." (Doc. # 115 at 1).  Plaintiffs assert that
such an order in limine is appropriate because this Court has
ruled in its prior orders denying summary judgment and
reconsideration that the Plaintiffs have standing to pursue
their claims in counts III and V of the operative complaint.

In support of their arguments, Plaintiffs rely upon the law of the case doctrine. The law of the case doctrine, which "promotes finality, assures the obedience of the district court to appellate decisions, and avoids waste of judicial resources" is inapplicable to this case at this point. Burger King Corp. v. Pilgrim's Pride Corp., 15 F.3d 166, 169 (11th Cir. 1994).[1]

While this Court agrees with Plaintiffs that the issue of Plaintiffs' standing has been adjudicated by this Court in Plaintiffs' favor, the Court finds that the relief Plaintiffs request in their motion in limine is too broad to grant. Standing is a threshold issue, and it has been decided by this Court. Nevertheless, to bar Defendant from discussing Plaintiffs' standing (and to attempt to parse out all standing issues from the parties' arguments and the court's instructions) would unfairly and unreasonably restrict the evidence, arguments, and jury instructions of this case.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

---

[1] In the Burger King case, the Eleventh Circuit further described the law of the case doctrine as follows: "findings of fact and conclusions of law by an appellate court are generally binding in all subsequent proceedings in the same case in the trial or on a later appeal." 15 F.3d at 169.

Plaintiffs' motion in limine regarding standing (Doc. # 115) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>5th</u> day of January, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record