The Motion for Attorney's Fees (Doc. 135) is **DENIED WITHOUT PREJUDICE.**